FILED
CLERK, U.S. DISTRICT COURT

MAY 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. DAVID RIOS PINA DEFENDANT(S). | CASE NUMBER **ED13-0170 M** ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **DEFENSE**, IT IS ORDERED that a detention hearing is set for **THURSDAY, May 16, 2013**, at **11** ☑a.m. / ☐p.m. before the Honorable **DAVID T. BRISTOW**, in Courtroom **4**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: **5/15/13**

_____
U.S. District Judge/Magistrate Judge