

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>DAVID RIOS PINA<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED 13-0170 M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __DEFENDANT__, IT IS ORDERED that a detention hearing is set for __FRIDAY MAY 17, 2013__, at __3__ ☐ a.m. / ☒ p.m. before the Honorable __DAVID T. BRISTOW__, in Courtroom __4__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __5/16/13__                               _____
                                                 U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                              Page 1 of 1